1

2

3

4

5

6

7

8         IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HOWARD LEE ROBERTS,

11          Petitioner,                    No. CIV S-11-2057 MCE EFB P

12      vs.

13   MIKE MARTEL, Warden,

14          Respondent.            <u>ORDER</u>

15   _____/

16         Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C.

17   § 2254.  Petitioner seeks leave to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915(a).

18         Petitioner challenges a conviction in the Fresno County Superior Court and so this action

19   should have been commenced in the district court in Fresno.  E.D. Cal. Local Rule 120(d).  The

20   court will not rule on petitioner's application for leave to proceed *in forma pauperis*.

21         Accordingly, it is hereby ordered that:

22         1.  This action is transferred to the district court in Fresno.  *See* E.D. Cal. Local Rule

23   120(f).

24         2.  The Clerk of Court shall assign a new case number.

25   ////

26   ////

1      3.  All future filings shall bear the new case number and shall be filed at:

2              United States District Court
Eastern District of California

3              2500 Tulare Street
Fresno, CA 93721

4

5  DATED:  September 13, 2011.

6                              EDMUND F. BRENNAN

7                              UNITED STATES MAGISTRATE JUDGE